IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:20-CV-21-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| 300 S. PEARL STREET, WILLIAMSTON, | ) | |
| NORTH CAROLINA, BEING REAL | ) | |
| PROPERTY LEGALLY DESCRIBED IN | ) | |
| DEED BOOK OL-25, PAGES 0138-0139 | ) | |
| OF THE MARTIN COUNTY REGISTRY, | ) | |
| NORTH CAROLINA, AND TITLED IN | ) | |
| THE NAME OF DISTRICT ADVANTAGE | ) | |
| BEHAVIOR HEALTH SERVICES, INC., | ) | |
| and ANY AND ALL PROCEEDS FROM | ) | |
| THE SALE OF SAID PROPERTY, | ) | |
| | ) | |
| Defendant. | ) | |

On March 3, 2020, Terry Lamont Speller moved to stay forfeiture proceedings arising from his conviction of health care fraud and money laundering [D.E. 5]. On March 20, 2020, the United States of America responded in opposition [D.E. 6].

For the reasons stated in the response in opposition, the court DENIES Speller's motion to stay [D.E. 5].

SO ORDERED. This 14 day of April 2020.

JAMES C. DEVER III
United States District Judge